UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>URBANO DE LA CRUZ-VALLES,<br><br>                  Defendant. | NO. CR-15-2018-LRS-1<br><br>**ORDER CONTINUING JURY TRIAL AND EXCLUDING SPEEDY TRIAL ACT TIME** |

At the scheduled pretrial conference on May 7, 2015, the Court heard Defendant Urbano De La Cruz-Valles's Motion to Dismiss the Indictment, ECF No. 21, which was filed April 8, 2015. Assistant United States Attorney Shawn Anderson appeared on behalf of the Government; Alison Guernsey appeared on behalf of Defendant De La Cruz-Valles.

After considering the arguments of the parties, the court indicated Defendant's Motion to Dismiss would be taken under advisement. The parties stipulated to continue the current trial date to May 26, 2015. Accordingly,

**IT IS HEREBY ORDERED:**

1. The trial date of May 11, 2015 is **VACATED**.

ORDER - 1

2. The 1-day jury trial is **RESET** from May 11, 2015 to **May 26, 2015,** at 9:00 a.m. in Yakima, Washington. Any motions unaddressed at the pretrial conference shall be heard in open court on the day of trial at 8:30 a.m., at which time Defendant shall be present.

3. Under 18 U.S.C. § 3161(h)(7)(A), the Court **DECLARES EXCLUDABLE** from Speedy Trial Act calculations the period from **May 7, 2015,** the date the Court moved to continue this case, through **May 26, 2015,** the new trial date. Further, pursuant to 18 U.S.C. § 3161(h)(1)(H), time is excludable while Defendant's Motion to Dismiss Indictment is under advisement.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to all counsel, the U.S. Probation Office, the U.S. Marshal, and the Jury Administrator.

**DATED** this   8th   day of May, 2015.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SR. UNITED STATES DISTRICT JUDGE

ORDER - 2